# Order

Michigan Supreme Court
Lansing, Michigan

November 23, 2011

Robert P. Young, Jr.,
Chief Justice

142461-2(50)

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PATRICK MCCARTHY,
            Plaintiff-Appellant,

v

EDWARD SOSNICK, WENDY L. POTTS,
KEVIN M OEFFNER, RICHARD M LYNCH,
JEANNE STEMPIEN, KATHLEEN J.
MCCANN, THOMAS J RYAN, BARRY M
GRANT, MICHAEL J TALBOT, DIANE M
GARRISON, NANCY J DIEHL, RONALD F
ROSE, NANCY J GRANT, and OAKLAND
COUNTY CIRCUIT COURT,
            Defendants-Appellees.
_____/

SC: 142461-2
COA: 300159; 300160
Oakland CC: 2008-094425-NO;
2008-089426-NO

On order of the Court, the motions for reconsideration of this Court's April 25, 2011 order are considered, and they are DENIED, because it does not appear that the order was entered erroneously. The motion for clarification is also DENIED. On the Court's own motion, we conclude that the motions filed by plaintiff-appellant Patrick McCarthy on May 13, 2011 are frivolous and vexatious. MCR 7.316(D). Mr. McCarthy is ordered to pay the Clerk of this Court $500 within 28 days of the date of this order. We direct the Clerk of this Court not to accept any further filings from Mr. McCarthy in any non-criminal matter until he has made the payment required by this order.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2011

            Clerk

d1116